UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS
LIABILITY LITIGATION                                                                MDL No. 2740

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −36)

On October 4, 2016, the Panel transferred 28 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 220 F.Supp.3d 1360 (J.P.M.L. 2016). Since that time, 325 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 4, 2016, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 15, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CLERK'S OFFICE
A TRUE COPY
Feb 21 2018

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2740

### SCHEDULE CTO−36 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|---|
| | CALIFORNIA CENTRAL | | | | |
| 18-1854 | CAC | 2 | 18−00884 | Kristin Haight v. Sanofi−Aventis U.S. LLC et al | |
| | CALIFORNIA NORTHERN | | | | |
| 18-1855 | CAN | 3 | 18−00738 | Wagner v. Sanofi−Aventis U.S. LLC et al | |
| | ILLINOIS NORTHERN | | | | |
| | ~~ILN~~ | ~~1~~ | ~~18−00923~~ | ~~Pugh et al v. Sanofi U.S. Services, Inc. et al~~ | Opposed 2/14/18 |
| | ~~ILN~~ | ~~1~~ | ~~18−00925~~ | ~~Green et al v. Accord Healthcare, Inc. et al~~ | Opposed 2/14/18 |
| | ~~ILN~~ | ~~1~~ | ~~18−00930~~ | ~~Anderson et al v. Sanofi U.S. Services Inc. et al~~ | Opposed 2/14/18 |
| | ~~ILN~~ | ~~1~~ | ~~18−00936~~ | ~~Rice et al v. Accord Healthcare, Inc. et al~~ | Opposed 2/14/18 |